MICHAEL AYERS, ESQ.
Nevada Bar No. 10851
MEGAN CUNNINGTON, ESQ.
Nevada Bar No.17180
**GORDON REES SCULLY MANSUKHANI, LLP**
1 East Liberty Street, Suite 424
Reno, Nevada 89501
Telephone: (775) 324-9800
Facsimile: (775) 460-4901
mayers@grsm.com
mcunnington@grsm.com
*Attorneys for Defendant*
*SENTRY INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANAMELIA WRIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SENTRY INSURANCE COMPANY,<br><br>Defendant. | Case No.:  2:25-cv-02182-APG-EJY<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(Second Request)**<br><br>Date Action Filed:          November 5, 2025<br>Current Response Date:  February 19, 2026<br>New Response Date:       March 5, 2026 |

Defendant Sentry Insurance Company ("Defendant") and Plaintiff Anamelia Wright ("Plaintiff," collectively, the "Parties"), pursuant to District of Nevada Local Rules IA 6-1 and 6-2, hereby stipulate to extend Defendant's deadline to answer, move, or otherwise respond to Plaintiff's First Amended Complaint ("FAC") by 14 days, to and including **March 5, 2026**:

1.      The Parties filed a joint stipulation for an extension of time to respond to the FAC on January 16, 2026, which was approved by the Court on January 20, 2026. *See* ECF Nos. 11, 12. Defendant's current deadline to answer, move, or otherwise respond to the FAC is therefore February 19, 2026.

**2.**      Defendant has requested, and Plaintiff has agreed to, a fourteen (14) day extension of time to answer, move, or otherwise respond to the FAC, making **March 5, 2026** Defendant's new deadline to answer, move, or otherwise respond to the FAC.

-1-

*Sidebar:* GORDON REES SCULLY MANSUKHANI, LLP — 1 East Liberty Street, Suite 424 — Reno, NV  89501

GORDON REES SCULLY MANSUKHANI, LLP
1 East Liberty Street, Suite 424
Reno, NV 89501

3.      This is the second joint stipulation for extension filed by the Parties.

4.      The Parties seek and respectfully request an extension of time for several reasons.

5.      The Parties have been in communication and have exchanged information regarding the facts of the claim, and desire additional time for discussion. Though it denies liability, Defendant desires to use this additional time to engage with Plaintiff and her counsel regarding a potential extra-judicial resolution of this dispute, which may obviate the need for Defendant to respond to the FAC altogether if successful, without incurring additional legal expenses or burdening the Court or its resources.

6.      Accordingly, an extension will promote efficiency and judicial economy by enabling the Parties to adequately evaluate the claims at issue and explore a potential extra-judicial resolution of this dispute, without the Parties or the Court being impacted or incurring additional burden or costs.

7.      This modest extension will promote efficiency and judicial economy by allowing Defendant to prepare an appropriate responsive pleading and enabling the Parties to fully and adequately evaluate the claims at issue and (if appropriate) explore extra-judicial resolution without engaging in motion practice or incurring additional expenses.

8.      The Parties do not seek the requested extension for purposes of delay.

9.      The requested extension will not prejudice any party and will not impact the timely resolution of this matter, particularly as the Parties are in agreement. This extension will not disturb any other deadlines in this case as there are no other deadlines on calendar at this time. This is the second requested extension in this matter.

10.      Therefore, for at least the reasons above, the Parties respectfully submit that there is sufficient "good cause" for the extension.

11.      In requesting and stipulating to this extension, Defendant does not waive and expressly reserves the right to assert any and all defenses to the underlying action, including, but not limited to, any and all defenses Defendant could raise under Federal Rule of Civil Procedure 12(b), including any jurisdictional defenses, and any arbitral rights.

12.    Therefore, the Parties respectfully stipulate and request that the Court extend Defendant's deadline to answer, move, or otherwise respond to the FAC to **March 5, 2026**.

Respectfully submitted,

Dated: February 18, 2026

STRANCH, JENNINGS & GARVEY, PLLC

By: /s/ *Nathan R. Ring*
Nathan R. Ring, Esq., NV Bar No. 12078
3100 W. Charleson Blvd., Suite 208
Las Vegas, Nevada 89102
(725) 235-9750
nring@stranchlaw.com

Raina C. Borrelli*
Samuel J. Strauss*
Carly M. Roman*
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Phone: (872) 263-1100
Fax: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com
croman@straussborrelli.com
*Applications for *pro hac vice* forthcoming

*Attorneys for Plaintiff Anamelia Wright*

Dated: February 18, 2026

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ *Michael Ayers*
Michael Ayers, NV Bar No. 10851
Megan Cunnington, NV Bar No. 17180
1 East Liberty Street, Suite 424
Reno, Nevada 89501

*Attorneys for Defendant Sentry Insurance Co.*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:**    February 19, 2026

**GORDON REES SCULLY MANSUKHANI, LLP**
1 East Liberty Street, Suite 424
Reno, NV 89501

-3-