Nathan R. Ring, Esq.
Nevada Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleson Blvd., Suite 208
Las Vegas, Nevada 89102
(725) 235-9750
nring@stranchlaw.com

Carly M. Roman *(pro hac vice)*
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Phone: (872) 263-1100
Fax: (872) 263-1109
croman@strausssborrelli.com

*Counsel for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ANAMELIA WRIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SENTRY INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:25-cv-02182-APG-EJY<br><br>Honorable Chief Judge Andrew P. Gordon<br><br>Honorable Magistrate<br>Judge Elayna J. Youchah<br><br>JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE |

Plaintiff Anamelia Wright ("Plaintiff") and Defendant Sentry Insurance Company ("Defendant") (collectively, the "Parties"), pursuant to District of Nevada Local Rules IA 6-1 and 6-2, hereby stipulate to extend (1) Plaintiff's deadline to oppose Defendant's Motion to Compel Arbitration by fourteen (14) days, to and including **April 2, 2026**, and (2) Defendant's deadline to file its Reply In Support of the Motion to Compel Arbitration by a corresponding seven (7) days, to and including **April 16, 2026**.

JOINT STIPULATION TO EXTEND BRIEFING
SCHEDULE - 1

1. The Parties filed a joint stipulation for a 30-day extension of time for Defendant to respond to Plaintiff's First Amended Complaint on January 16, 2026, which was granted on January 20, 2026. ECF Nos. 11, 12.

2. Defendant requested a 30-day extension of its responsive pleading deadline from Plaintiff as a professional courtesy, and Plaintiff agreed to a shorter 14-day extension. The Parties therefore filed a second joint stipulation for a 14-day extension for Defendant to respond to Plaintiff's First Amended Complaint on February 18, 2025, which was granted on February 19, 2026. ECF Nos. 13, 14.

3. Defendant filed a Motion to Compel Arbitration and Stay Action on March 5, 2026. ECF No. 20.

4. Plaintiff's opposition to Defendant's Motion to Compel Arbitration is currently due on March 19, 2026.

5. Plaintiff's counsel has several existing professional obligations, including previously scheduled litigation deadlines and professional commitments in other matters, which limit the time available to prepare a complete and thorough opposition by the current deadline.

6. In light of these obligations, Plaintiff requested a 30-day extension from Defendant, as a professional courtesy and in consideration of the extensions previously granted to Defendant. Defendant agreed to a shorter extension of fourteen (14) days, provided Plaintiff would agree to an additional seven (7) days for the reply.

7. The requested extension will not prejudice any party and will not impact the timely resolution of this matter, particularly as the Parties agree to the extension.

8. Additionally, this extension will not disturb any other deadlines in this case, as no other deadlines are currently set.

JOINT STIPULATION TO EXTEND BRIEFING
SCHEDULE - 2

9.    Therefore, the Parties respectfully stipulate and request that the Court extend Plaintiff's deadline to oppose Defendant's Motion to Compel Arbitration to **April 2, 2026**, and Defendant's deadline to file its Reply In Support of the Motion to Compel Arbitration by a corresponding seven (7) days, to **April 16, 2026**.

**IT IS SO STIPULATED:**

Dated: March 13, 2026

By: /s/ *Carly M. Roman*
Carly M. Roman (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

Nathan R. Ring, Esq., NV Bar No. 12078
**REESE RING VELTO PLLC**
3100 W. Charleson Blvd., Suite 208
Las Vegas, Nevada 89102
Telephone: (725) 235-9750
nring@stranchlaw.com

*Counsel for Plaintiff*
*Anamelia Wright*

Dated: March 13, 2026

By: /s/ *Patrice S. Ruane*
Patrice S. Ruane (*pro hac vice*)
Alexandra N. Krasovec (*pro hac vice*)
**MANATT, PHELPS & PHILIPS, LLP**
2049 Century Park East, Suite 1700
Los Angeles, California 90067
pruane@manatt.com
akrasovec@manatt.com

Michael Ayers, NV Bar No. 10851
**GORDON REES SCULLY MANSUKHANI, LLP**
1 East Liberty Street, Suite 424
Reno, Nevada 89501
mayers@grsm.com

*Counsel for Defendant*
*Sentry Insurance Co.*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Date: _____March 13, 2026_____

JOINT STIPULATION TO EXTEND BRIEFING
SCHEDULE - 3