Alexandra N. Krasovec, Esq. (*pro hac vice*)
California Bar No. 279578
Patrice S. Ruane, Esq. (*pro hac vice*)
California Bar No. 347128
**MANATT, PHELPS & PHILLIPS, LLP**
2049 Century Park East, Suite 1700
Los Angeles, California  90067
Telephone: 310.312.4000
Facsimile: 310.312.4224
akrasovec@manatt.com
pruane@manatt.com

MICHAEL AYERS, ESQ.
Nevada Bar No. 10851
MEGAN CUNNINGTON, ESQ.
Nevada Bar No.17180
**GORDON REES SCULLY MANSUKHANI, LLP**
1 East Liberty Street, Suite 424
Reno, Nevada 89501
Telephone: (775) 324-9800
Facsimile: (775) 460-4901
mayers@grsm.com
mcunnington@grsm.com

*Attorneys for Defendant*
*SENTRY INSURANCE COMPANY*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANAMELIA WRIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SENTRY INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:25-cv-02182-APG-EJY<br><br>JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT SENTRY INSURANCE COMPANY'S MOTION TO COMPEL ARBITRATION AND STAY ACTION |

On March 5, 2026, Defendant SENTRY INSURANCE COMPANY ("Defendant') filed its *Motion to Compel Arbitration and Stay Action* in this matter (the "Motion"). ECF No. 20. The Motion has been fully briefed and on May 19, 2026, the Court entered its *Order Staying Case and Setting Hearing* (the "Order"). ECF No. 36.

The Order scheduled a hearing on the Motion to commence on Wednesday, May 27, 2026, at 2:00 p.m. Unfortunately, counsel for Defendant is unavailable on that date and has conferred with Plaintiff's counsel as to alternate dates. The Parties agree and respectfully request to extend the hearing date to one of the following dates, as available to the Court:

- June 2, 2026
- June 30, 2026
- July 8, 2026
- July 9, 2026

Counsel for Plaintiff is located in San Diego, California, and respectfully requests to appear remotely for this hearing. Counsel for Defendant will appear in person but does not oppose Plaintiff's request.

The requested extension will not prejudice any party and will not impact the timely resolution of this matter, particularly as the Parties agree to the extension.

Additionally, this extension will not disturb any other deadlines in this case, as no other deadlines are currently set.

Therefore, the Parties respectfully stipulate and request that the Court extend the hearing date on Defendant's Motion to one of the dates set forth above, and that Plaintiff's counsel be permitted to appear remotely for this hearing.

Dated: May 20, 2026

STRAUSS BORRELLI PLLC

By: /s/ *Carly M. Roman*
Carly M. Roman (*pro hac vice*)
Raina C. Borrelli*
Samuel J. Strauss*
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Phone: (872) 263-1100
Fax: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com
croman@straussborrelli.com
*Applications for *pro hac vice* forthcoming

Nathan R. Ring, Esq., NV Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleson Blvd., Suite 208
Las Vegas, Nevada 89102
(725) 235-9750
nring@stranchlaw.com
*Attorneys for Plaintiff Anamelia Wright*

Dated: May 20, 2026

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ *Patrice S. Ruane*
Alexandra N. Krasovec (*pro hac vice*)
Patrice S. Ruane (*pro hac vice*)
**MANATT, PHELPS & PHILIPS, LLP**
2049 Century Park East, Suite 1700
Los Angeles, California 90067

Michael Ayers, NV Bar No. 10851
Megan Cunnington, NV Bar No. 17180
**GORDON REES SCULLY MANSUKHANI, LLP**
1 East Liberty Street, Suite 424
Reno, Nevada 89501

*Attorneys for Defendant Sentry Insurance Co.*

### ORDER

Based upon the Stipulation of the parties set forth above, and good cause appearing therefore,

**IT IS SO ORDERED** that the hearing on Defendant's Motion to Compel Arbitration and Stay Action, currently scheduled for May 27, 2026, at 2:00 p.m., shall be continued to the 30th day of June, 2026, at 1:30 p.m. Out-of-state counsel is permitted to appear via Zoom.

IT IS SO ORDERED:

Dated:__May 21, 2026_____

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully submitted:

**GORDON REES SCULLY MANSUKHANI**

By: /s/ Michael R, Ayers_____
    Michael R. Ayers, Esq.
    (NV Bar No. 10851)
    mayers@grsm.com
    1 East Liberty St., Ste. 424
    Reno, Nevada 89501
    Telephone: 702-577-9355