Alexandra N. Krasovec, Esq. (*pro hac vice*)
California Bar No. 279578
Patrice S. Ruane, Esq. (*pro hac vice*)
California Bar No. 347128
**MANATT, PHELPS & PHILLIPS, LLP**
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: 310.312.4000
Facsimile: 310.312.4224
akrasovec@manatt.com
pruane@manatt.com

MICHAEL AYERS, ESQ.
Nevada Bar No. 10851
MEGAN CUNNINGTON, ESQ.
Nevada Bar No.17180
**GORDON REES SCULLY MANSUKHANI, LLP**
1 East Liberty Street, Suite 424
Reno, Nevada 89501
Telephone: (775) 324-9800
Facsimile: (775) 460-4901
mayers@grsm.com
mcunnington@grsm.com

*Attorneys for Defendant*
*SENTRY INSURANCE COMPANY*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANAMELIA WRIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SENTRY INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:25-cv-02182-APG-EJY<br><br>JOINT DISCOVERY PLAN |

Plaintiff Anamelia Wright ("Plaintiff") and Defendant Sentry Insurance Company ("Defendant," and jointly with Plaintiff, the "Parties") submit this Joint Proposed Discovery Schedule pursuant to the Court's June 30, 2026 Minute Order (ECF No. 39), as follows:

1. The Parties propose a **period of limited discovery, concluding 120 days after the issuance of a Discovery Order by the Court** (the "Limited Discovery Period"), concerning the issues to be determined at the Section 4 trial under the Federal Arbitration Act regarding whether Plaintiff is bound to the arbitration provision in the Terms of Service identified in the Motion to Compel Arbitration and all associated briefing (Dkts. 20, 27, 29, 30, 33, 34, 35, and all Exhibits thereto) (the "Limited Discovery Scope").

2. The Parties shall have 120 days following the issuance of the Court's Order approving this Joint Discovery Plan to complete discovery relevant to the Limited Discovery Scope. The first 60 days shall be restricted to written discovery. Depositions, as well as further written discovery, may be conducted during the remainder of the discovery period. Depositions are limited to witnesses relevant to the Limited Discovery Scope.

3. The Parties may issue third-party discovery as needed and within the Limited Discovery Scope. No class-related discovery shall be allowed.

4. The Parties may petition the Court, separately or jointly, to extend the Limited Discovery Period.

5. If expert discovery is necessary, the Parties shall meet and confer regarding any expert discovery needed and propose deadlines to the Court.

6. Any dispositive motion directed to the issues subject to the Section 4 trial under the Federal Arbitration Act shall be filed no later than 30 days after the close of fact discovery. Oppositions shall be filed no later than 30 days after the initiating motion is filed. Replies in support of dispositive motion(s) shall be filed no later than 14 days after the opposition is filed.

7. Following the completion of briefing on any dispositive motion, or promptly after the close of discovery if no such motion is filed, the Parties request that the Court set a final pretrial conference and a date for the Section 4 trial under the Federal Arbitration Act.

8. The Parties propose that the Section 4 trial under the Federal Arbitration Act commence during the Court's April 2027 trial calendar. The Parties estimate that the trial will require one to two court days.

Dated: July 15, 2026

STRAUSS BORRELLI PLLC

By: /s/ *Carly M. Roman*

Carly M. Roman (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Phone: (872) 263-1100
Fax: (872) 263-1109
croman@straussborrelli.com

Nathan R. Ring, Esq., NV Bar No. 12078
3100 W. Charleson Blvd., Suite 208
Las Vegas, Nevada 89102
(725) 235-9750
nring@stranchlaw.com

*Attorneys for Plaintiff Anamelia Wright*

Dated: July 15, 2026

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ *Alexandra N. Krasovec*

Alexandra N. Krasovec, Esq. (*pro hac vice*)
Patrice S. Ruane, Esq. (*pro hac vice*)
**MANATT, PHELPS & PHILLIPS, LLP**
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: 310.312.4000
Facsimile: 310.312.4224
akrasovec@manatt.com
pruane@manatt.com

Michael Ayers, NV Bar No. 10851
Megan Cunnington, NV Bar No. 17180
**GORDON REES SCULLY MANSUKHANI, LLP**
1 East Liberty Street, Suite 424
Reno, Nevada 89501
Telephone: (775) 324-9800
Facsimile: (775) 460-4901
mayers@grsm.com
mcunnington@grsm.com

*Attorneys for Defendant Sentry Insurance Co.*

**ORDER**

IT IS SO ORDERED; provided, however, the parties must familiarize themselves with the Court's Local Rules including, but not limited to, Rule LR IA 6-2, and comply with the same in the future. Failure to do so may result in striking of submissions to the Court.

DATED this 16th day of July, 2026.

UNITED STATES MAGISTRATE JUDGE