Carly M. Roman (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
T: (872) 263-1100
F: (872) 263-1109
croman@strausssborrelli.com

Nathan R. Ring, Esq. (Nevada Bar No. 12078)
**REESE RING VELTO PLLC**
3100 W. Charleson Blvd., Suite 208
Las Vegas, Nevada 89102
T: (725) 235-9750
nring@stranchlaw.com

*Counsel for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**
**AT LAS VEGAS**

| | |
|---|---|
| ANAMELIA WRIGHT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SENTRY INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:25-cv-02182-APG-EJY<br><br>Honorable Chief Judge Andrew P. Gordon<br><br>Magistrate Judge Elayna J. Youchah |

**STIPULATION OF DISMISSAL**

The parties, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's claims with prejudice and the dismissal of the claims of putative class members without prejudice, with each party to bear its own costs and attorney fees.

*[Counsel signatures to follow on next page.]*

RESPECTFULLY SUBMITTED this 17th day of August, 2026.

*/s/ Carly M. Roman*
Carly M. Roman (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
T: (872) 263-1100
F: (872) 263-1109
croman@strausssborrelli.com

Nathan R. Ring, Esq.
(Nevada Bar No. 12078)
**REESE RING VELTO PLLC**
3100 W. Charleson Blvd., Suite 208
Las Vegas, Nevada 89102
T: (725) 235-9750
nring@stranchlaw.com

*Counsel for Plaintiff Anamelia Wright*

*/s/ Patrice S. Ruane*
Patrice S. Ruane (*pro hac vice*)
Alexandra N. Krasovec (*pro hac vice*)
**MANATT, PHELPS & PHILLIPS**
4442 Stevely Avenue
Los Angeles, CA 90067
T: (310) 231-5373
pruane@manatt.com
akrasovec@manatt.com

Michael R. Ayers
**GORDON REESE SCULLY MANSUKANI**
1 East Liberty Street, Suite 424
Reno, NV 89501
T: (702) 577-9358
mayers@grsm.com

*Counsel for Defendant*
*Sentry Insurance Company*

IT IS SO ORDERED:

Dated: August 18, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE